An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TURNBERRY/MGM GRAND TOWERS, LLC,

Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,

Respondents,

and

KJH & RDA INVESTOR GROUP, LLC; 37TH FLOOR INVESTOR GROUP, LLC; MICHAEL ANDERSON AND MATTHEW ANDERSON; PIERRE BAIN; IBRAHIM BARLAJ AND LAURA BARLAJ; DAN BIRDSALL; TERENCIA CONEJERO; DIANE B. FAULCONER; FCF, LLC; STEPHEN J. GUYON; OGANES JOHN HAKOPYAN; MARKAR KARATAS AND NURHAN CELIK; FRANK KEANE AND CAROL KEANE; DENNIS LEUNG AND JIYEN SHIN; LETICIA L. MAGRI; ANAHIT MANDOYAN AND ALEXANDER MANDOYAN; SUSAN MIGNOT AND MARK MIGNOT; MARY MOMDZHYAN; BB VENTURES, LLC; ED NARVAEZ; DANE R. PHILLIPS; CRAIG A. PRIMAS; JAMES RICK AND LAURINDA RICK; DOUGLAS SCHOEN; PGR ENTERPRISES, LLC; DIMITRISTA H. TOROMANOVA; 38TH FLOOR INVESTOR GROUP, LLC; DAVID L. VADIS; ROSS BERKELEY; WOLF TRADING COMPANY, LLC; MICHAEL WILSON AND CAMILLA WILSON; DASHRATH PANCHAL; DINA D. PANCHAL AND NARMIN HIRJI; QUEZADAS-HORTA FAMILY TRUST, ROBERTO QUEZADAS-HORTA,

No. 63290

**FILED**

JUN 27 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malorie_
DEPUTY CLERK

13-18948

TRUSTEE; JOSEPH H. SMITH AND CAROL J. SMITH; MARIA ORELLANA; MAGHAMI FERIAL TRUST, FERIAL MAGHAMI, TRUSTEE; LEONARDO BARRERA AND GLORIA BARRERA; MOJISOLA ADEKUNBI AND ABIOLA SANNI; SIGNATURE MGM GRAND, LLC; DOUGLAS HUIBREGTSE; JAMES HOKANSON; ANTE LONCAR; LJUBICA LONCAR AND ELIZABETH G. VIDUCICH; RAUL RIOS AND FERMINA RIOS; VLADIMIR RIVKIN; DANNY MAES AND STEPHANIE CLEVELAND; MARK N. KECHEJIAN AND CHRISTINE KECHEJIAN; MICHAEL HAHALYAK AND LISA KRISAY-HAHALYAK; BENJAMIN RUDNITSKY AND TAMAR A. RUDNITSKY; CLAY FRAZIER AND PAULA FRAZIER; MIRIAM KIM AND MARIE KIM; PASQUALE FEBBRARO AND CATHLEEN M. FEBBRARO; HYO SHIN AND JUNG SHIN; EUN YOUNG LEE; JOHN O. TOROSIAN AND SARKIS TOROSIAN; LUNIQUE LE; RAFFI PIRICHIAN AND ANI PIRICHIAN; JIM C. BURGUM; NANCY MARTINA; HERMAN CELIKIAN; RICHARD FELDMAN; LES KRIEGER AND REBEKAH KRIEGER; CHRISTINA KIM; JUAN MEDINA AND CLARISSA MEDINA; THOMAS CIFELLI AND JOHN CIFELLI; MANSOUR SHAMS AND ZAHRIA SHAMS; LEE FAMILY TRUST, CHRIS LEE AND SUZIE LEE AS CO-TRUSTEES; BRADLEY COSTELLO 1997 TRUST, BRADLEY COSTELLO AS TRUSTEE; BERNARD KLOUDA; RUZAN CHARKCHYAN AND ARUTYUN CHARKCHYAN; MARCO GONZALEZ; MARK BUCHSTABER AND DEBORAH BUCHSTABER; LINH TANG AND HUNG TANG; JERRY BROWN; WILLIAM

SUPREME COURT
OF
NEVADA

(O) 1947A

2

PEDERSON AND TATYANA PEDERSON; CHARLES GERACI AND DELVIN DIAZ; MYUNG JA CHO; SHERENNE TANG; JULIETA BALAHADIA; CHENG LIM; DAVID SHIM; HOJOON LEE; MICHAEL LINARES AND LAURIE LINARES; GREG YI AND GRACE YI; SOLIP, LLC; UJAL GHOSHTAGORE; WERDMULLER FAMILY TRUST, WALTER E. WERDMULLER VON ELGG AND JILL C. WERDMULLER VON ELGG, TRUSTEES; SASAN SEIDFATHI AND MEHRNAZ SAGHAFI; LAWRENCE M. DUMOULIN; SEHAK TUNA AND VARTUHI TUNA; LAWRENCE HOBSON AND LINDA M. HOBSON; LEE PRITZL; BELINDA W. LOUIE; AMIN A. RAHIM AND ZAITUN A. RAHIM; PRISCILLA SALEM; IKE SHERMAN AND GILLIANA SHERMAN; REMI OHTA; DUNCAN & GARDELLA ENTERPRISES, LLC; ALEXANDER GONSECKI AND VALENTINA GONSECKI; SHI SI ZHENG; MARTHA VIAS; ANDRES ALOS; CHARLES CROOKS AND LAURA CROOKS; SAMPAL FAMILY REVOCABLE LIVING TRUST; FOUAD FEGHALI; BASSILIOS PETRAKIS; DANIEL REICH AND NATALIE REICH; JOSE SANCHEZ; LINDA CORBRIDGE; RAFIK BAKIJAN; RONALD D. PERKINS; LV 700, LLC; AND LOUIS CARNESALE AND JOHN CARNESALE,
Real Parties in Interest.

## ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion to disqualify an arbitrator. On June 18, 2013, real parties in interest filed an emergency motion to dismiss this

writ petition. In their motion, real parties in interest indicate that they have agreed to proceed in the underlying arbitration without the challenged arbitrator and that, consequently, petitioner has effectively obtained the relief it seeks in this writ petition. On June 26, 2013, petitioner filed an opposition, asking that this court nevertheless entertain its writ petition because the challenged arbitrator is still presiding over the claims of several hundred other plaintiffs in two separate actions that are being overseen by federal courts.

Having considered petitioner's writ petition, real parties in interest's motion to dismiss, and petitioner's opposition thereto, we conclude that entertaining this writ petition would be inappropriate. Specifically, it appears that we would be deciding a legal issue that would have no effect on the named real parties in interest. *Personhood Nev. v. Bristol*, 126 Nev. ___, ___, 245 P.3d 572, 574 (2010) ("This court's duty is not to render advisory opinions but, rather, to resolve actual controversies by an enforceable judgment."). Accordingly, we

ORDER the petition DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]We vacate the stay imposed by our June 10, 2013, order.

SUPREME COURT
OF
NEVADA

(O) 1947A

4

cc: Morris Law Group
Snell & Wilmer, LLP/Las Vegas
Blumenthal, Nordrehaug & Bhowmik
Gerard & Associates
Eighth District Court Clerk